*#128728*
*#676753*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                    *         CASE # 07-30423 S
                                    CHAPTER 13
                          *
Hendricks, Christine L.

Debtor                    *

FILED 2010 AUG -3 PM 3:22 CLERK, U.S. BANKRUPTCY COURT TOLEDO, OHIO

## TRANSMITTAL OF UNCLAIMED FUNDS
John P. Gustafson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case and/or case was closed. A stop payment has been issued on the following check(s) remaining unpaid.

2. This case is scheduled to close as "completed".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 643165 | Ecast Settlement Corp<br>P O Box 35480<br>Newark, NJ 07193-5480 | 23.02 | 2/26/10 |

3. Your trustee's check # 676753 in the amount of $23.02 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 6/25/10

John P. Gustafson
Trustee in Bankruptcy