#128729
√#676755

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: * CASE # 07-30423 S
CHAPTER 13
*
Hendricks, Christine L.

Debtor *

### TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case and/or case was closed. A stop payment has been issued on the following check(s) remaining unpaid.

2. This case is scheduled to close as "completed".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 643167 | Ecast Settlement Corp<br>P O Box 35480<br>Newark, NJ 07193-5480 | 10.29 | 2/26/10 |

3. Your trustee's check # 676755 in the amount of $ 10.29 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 6/25/10



John P. Gustafson
Trustee in Bankruptcy

FILED 2010 AUG -3 PM 3:22 CLERK, U.S. BANKRUPTCY COURT TOLEDO, OHIO

#128729
√# 676754

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:            *            CASE # 07-30423 S
                       CHAPTER 13
           *

Hendricks, Christine L.

Debtor            *



### TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case and/or case was closed. A stop payment has been issued on the following check(s) remaining unpaid.

2. This case is scheduled to close as "completed".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 643166 | Ecast Settlement Corp<br>P O Box 35480<br>Newark, NJ 07193-5480 | 8.82 | 2/26/10 |

    3. Your trustee's check # 676754 in the amount of $ 8.82 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 6/25/10

                                               John P. Gustafson
                                               Trustee in Bankruptcy